AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.    1:24-cv-06270-ER

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **MAJOR LEAGUE BASEBALL ADVANCED MEDIA, L.P.**
was recieved by me on **8/22/2024:**

☐   I personally served the summons on the individual at *(place)* on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Corporation Service Company**, who is designated by law to accept service of process on behalf of **MAJOR LEAGUE BASEBALL ADVANCED MEDIA, L.P.** at **80 State St, Albany, NY 12207** on **08/26/2024 at 12:20 PM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:   08/26/2024

*Server's signature*

**Francisco Cruz**
*Printed name and title*

**526 Warren St.**
**Albany, NY 12208**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Corporation Service Company with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white female contact 55-65 years of age, 5'10"-6'0" tall and weighing 160-180 lbs.**



Tracking #: **0141340858**

