UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AARON GOLLAND; TIMOTHY PARKER; JOSE SANTIAGO; and LANCE SMITH, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br> v.<br><br>MAJOR LEAGUE BASEBALL ADVANCED MEDIA, L.P.,<br><br>     Defendant. | CASE No. 1:24-CV-6270-ER<br><br>**PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES AND DISCLOSURE STATEMENT** |

Pursuant to Fed. R. Civ. P. 7.1 and this Court's Local Rule 7.1.1, Plaintiffs Aaron Golland, Timothy Parker, Jose Santiago, and Lance Smith hereby submit this Certificate of Interested Parties and Disclosure statement. Plaintiffs identify the following persons and entities as having a financial interest in the case:

1. Plaintiff Aaron Golland

2. Plaintiff Timothy Parker

3. Plaintiff Jose Santiago

4. Plaintiff Lance Smith

5. Defendant Major League Baseball Advanced Media, L.P.

6. Hedin LLP (counsel for Plaintiff)

7. Frank S. Hedin (counsel for Plaintiff)

8. Elliot O. Jackson (counsel for Plaintiff)

9. Arun G. Ravindran (counsel for Plaintiff)

10. Goldman, Ismail, Tomaselli, Brennan, and Baum LLP (counsel for Defendant)

11. Emily Morgan (counsel for defendant)

- 2 -

Dated:  September 5, 2024

                           Respectfully submitted,

**HEDIN LLP**

By: */s/ Elliot O. Jackson*
Elliot O. Jackson

Frank S. Hedin
Arun G. Ravindran
1395 Brickell Ave, Suite 610
Miami, Florida 33131
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
E-Mail: fhedin@hedinllp.com
        ejackson@hedinllp.com
        aravindran@hedinllp.com

*Counsel for Plaintiffs and the Putative Class*

- 2 -