IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AARON GOLLAND, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MAJOR LEAGUE BASEBALL ADVANCED MEDIA, L.P.<br><br>Defendant. | Case No. 1:24-cv-06270-ER-OTW |

## DEFENDANT MAJOR LEAGUE BASEBALL ADVANCED MEDIA, L.P.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Defendant Major League Baseball Advanced Media, L.P. ("MLBAM"), a private non-governmental party, certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

Defendant MLBAM is a limited partnership organized under the laws of the State of Delaware. MLBAM has no parent corporation. MLBAM's partners consist of MLB Media Holdings, L.P. and MLB Advanced Media, Inc. There is no publicly held corporation that owns 10% or more of the stock of MLBAM; MLB Advanced Media, Inc.; or MLB Media Holdings, L.P.

These representations are made to enable the Court to evaluate possible disqualification or recusal.

Dated: September 18, 2024

Respectfully submitted,

By: *S/ Alan E. Littmann*
Alan E. Littmann (*pro hac vice* to be filed)
GOLDMAN ISMAIL TOMASELLI
  BRENNAN & BAUM LLP

200 S. Wacker Drive, 22nd Floor
Chicago, IL 60606
Telephone: (312) 681-6000
Facsimile: (312) 881-5191
Email: alittmann@goldmanismail.com

*Attorneys for Defendant*
*Major League Baseball Advanced Media, L.P.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 18, 2024, a true and correct copy of the above and foregoing document was electronically filed with the Court. Pursuant to Local Rule 5.2, the Court's Procedures for Electronic Filing, this constitutes service on all parties of record in the above-captioned matter by ECF.

                                                _S/ Alan E. Littmann_
                                                Alan E. Littmann