IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AARON GOLLAND, et al., individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>   v.<br><br>MAJOR LEAGUE BASEBALL ADVANCED MEDIA, L.P.<br><br>      Defendant. | Case No. 1:24-cv-06270-ER-OTW |

  The motion of Alan E. Littmann for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

  Applicant has declared that he is a member in good standing of the bar of the state of Illinois and that his contact information is as follows:

Alan E. Littmann
GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP
200 South Wacker Dr., 22nd Floor
Chicago, IL 60606
Telephone: (312) 681-6000
Facsimile: (312) 881-5191
Email: alittmann@goldmanismail.com

  Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendant, Major League Baseball Advanced Media, L. P., in the above entitled action;

  **IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

                              _____
                              United States District / Magistrate Judge