```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/23/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                              :

AARON GOLLAND, *individually and on behalf of all others similarly situated*, TIMOTHY PARKER, *individually and on behalf of all others similarly situated*, JOSE SANTIAGO, *individually and on behalf of all others similarly situated, and* LANCE SMITH, *individually and on behalf of all others similarly situated*,

                                  Plaintiffs,

                       -v -

MAJOR LEAGUE BASEBALL ADVANCED MEDIA, L.P.,

                                Defendant.
------------------------------------------------------------------ X

1:24-cv-6270-GHW

ORDER REFERRING CASE
TO MAGISTRATE JUDGE

The above-entitled action is referred to a United States magistrate judge for the following purpose:

**_X_** General pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific non-dispositive motion/dispute:

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___ Settlement

___ Inquest after default/damages hearing

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. § 636(c) for limited purpose (*e.g.*, dispositive motion, preliminary injunction)
Purpose: _____

___ Habeas corpus

___ Social Security

___ Dispositive motion (*i.e.*, motion requiring Report and Recommendation)

Particular motion: _____
_____
_____

All such motions: _____

SO ORDERED.

Dated: September 23, 2024
       New York, New York

                                                                                          _____
                                                                                       GREGORY H. WOODS
                                                                                  United States District Judge