```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
 :
AARON GOLLAND, *individually and on behalf of all* :
*others similarly situated*, TIMOTHY PARKER, :
*individually and on behalf of all others similarly situated*, :   1:24-cv-6270-GHW
JOSE SANTIAGO, *individually and on behalf of all* :
*others similarly situated, and* LANCE SMITH, :   AMENDED ORDER
*individually and on behalf of all others similarly situated*, :   REFERRING CASE TO
 :   MAGISTRATE JUDGE
                                Plaintiffs, :
 :
        -v - :
 :
MAJOR LEAGUE BASEBALL ADVANCED :
MEDIA, L.P., :
                                Defendant. :
 :
-------------------------------------------------------------- X

The above-entitled action is referred to a United States magistrate judge for the following purpose:

 X  General pretrial (includes scheduling,          ___ Consent under 28 U.S.C. § 636(c) for
      discovery, non-dispositive pretrial                   limited purpose (*e.g.*, dispositive motion,
      motions, and settlement)                              preliminary injunction)
                                                            Purpose: _____
___ Specific non-dispositive motion/dispute:

                                                     ___ Habeas corpus

                                                     ___ Social Security

     If referral is for discovery disputes when
     the District Judge is unavailable, the time      X  Dispositive motion (*i.e.*, motion
     period of the referral: _____            requiring Report and Recommendation)

___ Settlement                                          Particular motion: _____
                                                                            _____
___ Inquest after default/damages hearing

___ Consent under 28 U.S.C. § 636(c) for all            All such motions:      X
     purposes (including trial)

        SO ORDERED.

Dated: September 24, 2024
       New York, New York                                       _____
                                                                   GREGORY H. WOODS
                                                                 United States District Judge