```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
BRYAN HENRY                                       :

                    Plaintiff,                    :    ORDER TO SHOW CAUSE

     -v.-                                         :
                                                       24 Civ. 1446 (GHW)(GWG)
MAJOR LEAGUE BASEBALL ADVANCED                    :
MEDIA, L.P.
                                                  :
                    Defendant.
---------------------------------------------------------------X
AARON GOLLAND et al.,                             :

                    Plaintiffs,                   :

     -v.-                                         :
                                                       24 Civ. 6270 (GHW)(GWG)
MAJOR LEAGUE BASEBALL ADVANCED                    :
MEDIA, L.P.
                                                  :
                    Defendant.
---------------------------------------------------------------X
```

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

The parties are hereby ORDERED TO SHOW CAUSE why these cases should not be consolidated for all purposes pursuant to Fed. R. Civ. P. 42(a), and why there should not be a single complaint that governs both cases. Any such showing shall be made by letter filed on or before October 2, 2024. The parties are directed to discuss this matter among themselves before filing the response to this Order to Show Cause.[1]

SO ORDERED.

Dated: September 26, 2024
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

---

[1] In light of the reassignment of 24 Civ. 6270, the conference referenced in Docket # 12 of 24 Civ. 6270 is cancelled.