IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AARON GOLLAND, et al., individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>   v.<br><br>MAJOR LEAGUE BASEBALL ADVANCED MEDIA, L.P.,<br><br>       Defendant. | Case No. 1:24-cv-06270-GHW-GWG |

## MOTION FOR ADMISSION *PRO HAC VICE*

  Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Andrew Rima, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendant, Major League Baseball Advanced Media, L.P., in the above-captioned action.

  I am in good standing of the bar of the states of Illinois and Wisconsin and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the required affidavit pursuant to Local Rule 1.3(c).

Dated: October 16, 2024        Respectfully Submitted,

                  *S/ Andrew Rima*
                  Andrew Rima
                  GOLDMAN ISMAIL TOMASELLI
                   BRENNAN & BAUM LLP
                  200 South Wacker Dr., 22nd Floor
                  Chicago, IL 60606
                  Telephone: (312) 681-6000

Facsimile: (312) 881-5191
Email: arima@goldmanismail.com

*Attorney for Defendant*
*Major League Baseball Advanced Media, L.P.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 16, 2024 a true and correct copy of the above and foregoing document was electronically filed with the Court. Pursuant to Local Rule 5.2, the Court's Procedures for Electronic Filing, this constitutes service on all parties of record in the above-captioned matter by ECF.

                                                    *S/ Andrew Rima*
                                                    Andrew Rima