IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AARON GOLLAND, et al., individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>   v.<br><br>MAJOR LEAGUE BASEBALL ADVANCED MEDIA, L.P.,<br><br>       Defendant. | Case No. 1:24-cv-06270-GHW-GWG |

## AFFIDAVIT OF ANDREW RIMA IN SUPPORT OF
## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Civil Rule 1.3, I, Andrew Rima, state as follows:

  1.  I am a partner at Goldman Ismail Tomaselli Brennan & Baum LLP. I represent Defendant, Major League Baseball Advanced Media, L.P., in this matter. I submit this affidavit in support of the motion for my admission to practice before this Court *Pro Hac Vice* in the above-captioned action.

  2.  I am a member in good standing of the bar of the states of Illinois and Wisconsin.

  3.  I have never been convicted of a felony.

  4.  I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

  5.  There are no disciplinary proceedings presently against me.

  6.  Attached hereto as Exhibits A and B are certificates of admission and good standing from the highest courts in the states in which I am authorized to practice.

  I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 16, 2024                    Respectfully Submitted,

                                                                               Andrew Rima

Sworn to before me this
16TH day of October 2024.

                                        Official Seal
                                    Roxana Alice Nastase
_Roxana Alice Nastase_            Notary Public State of Illinois
Notary Public                       My Commission Expires 8/4/2026

2