# EXHIBIT B



**STATE OF COLORADO, ss:**

I, __**Cheryl Stevens**__, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

__**Logan Ann Steiner**__

has been duly licensed and admitted to practice as an

### ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the __**5th**__ day of __**May**__ A.D. __**2022**__ and that at the date hereof the said __**Logan Ann Steiner**__ is in good standing at this Bar.



IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this __**18th**__ day of __**September**__ A.D. __**2024**__

*Cheryl Stevens*
Clerk

By _____
Deputy Clerk