## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AARON GOLLAND, et al., individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>   v.<br><br>MAJOR LEAGUE BASEBALL ADVANCED MEDIA, L.P.,<br><br>       Defendant. | Case No. 1:24-cv-06270-GHW-GWG |

The motion of Logan A. Steiner for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the states of Illinois and Colorado and that her contact information is as follows:

Logan A. Steiner
GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP
200 South Wacker Dr., 22nd Floor
Chicago, IL 60606
Telephone: (312) 681-6000
Facsimile: (312) 881-5191
Email: lsteiner@goldmanismail.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendant, Major League Baseball Advanced Media, L. P., in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　United States District / Magistrate Judge