IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AARON GOLLAND, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MAJOR LEAGUE BASEBALL ADVANCED MEDIA, L.P.,<br><br>Defendant. | Case No. 1:24-cv-06270-GHW-GWG |

**AFFIDAVIT OF EMILY P. MORGAN IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Civil Rule 1.3, I, Emily P. Morgan, state as follows:

1. I am an associate at Goldman Ismail Tomaselli Brennan & Baum LLP. I represent Defendant, Major League Baseball Advanced Media, L.P., in this matter. I submit this affidavit in support of the motion for my admission to practice before this Court *Pro Hac Vice* in the above-captioned action.

2. I am a member in good standing of the bar of the state of Illinois.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

5. There are no disciplinary proceedings presently against me.

6. Attached hereto as Exhibit A is a certificate of admission and good standing from the highest court in the state in which I am authorized to practice.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 16, 2024           Respectfully Submitted,

*[signature]*

Emily P. Morgan

Sworn to before me this
___16___ day of October 2024.

*[signature]*
Notary Public

**Official Seal**
**Tiffany N Steele**
Notary Public State of Illinois
My Commission Expires 4/23/2025

2