**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---

AARON GOLLAND, et al., individually and
on behalf of all others similarly situated,

                    Plaintiff,

        v.

MAJOR LEAGUE BASEBALL ADVANCED
MEDIA, L.P.,

                    Defendant.

---

Case No. 1:24-cv-06270-GHW-GWG

ORDER

The motion of Emily P. Morgan for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the state of Illinois and that her contact information is as follows:

Emily P. Morgan
GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP
200 South Wacker Dr., 22nd Floor
Chicago, IL 60606
Telephone: (312) 681-6000
Facsimile: (312) 881-5191
Email: emorgan@goldmanismail.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendant, Major League Baseball Advanced Media, L. P., in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: October 17, 2024

_____
United States Magistrate Judge