UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

BRYAN HENRY                                      :

              Plaintiff,             :      <u>ORDER</u>

    -v.-                                     :      24 Civ. 1446 (GHW)(GWG)

MAJOR LEAGUE BASEBALL ADVANCED   :
MEDIA, L.P.
                        :

              Defendant.           :

------------------------------------------------------------X

AARON GOLLAND et al.,                      :

              Plaintiffs,            :

    -v.-                                     :      24 Civ. 6270 (GHW)(GWG)

MAJOR LEAGUE BASEBALL ADVANCED   :
MEDIA, L.P.
                        :

              Defendant.           :

------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

       In order to have a uniform briefing schedule on the pending motions to dismiss filed in the two above cases, the Court orders as follows:  Any opposition to the motion to dismiss shall be filed on or before February 7, 2025.  Any reply shall be filed on or before February 28, 2025.

       SO ORDERED.

Dated: December 20, 2024
      New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge