# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AARON GOLLAND; TIMOTHY PARKER; JOSE SANTIAGO; and LANCE SMITH, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> MAJOR LEAGUE BASEBALL ADVANCED MEDIA, L.P., <br><br> Defendant. | Case No.  1:24-cv-6270-GHW-GWG |

### DECLARATION OF LANCE SMITH IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

I, Lance Smith, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746 and based on my own personal knowledge, that the following statements are true:

1. I am one of the named Plaintiffs in this action. I make this Declaration in support of Plaintiffs' Memorandum in Opposition to Defendant's Motion to Dismiss.

2. On April 17, 2008, I subscribed to www.MLB.com.  During that process, I was not presented with any terms of use or a privacy policy.

3. I regularly used my subscription to www.MLB.com and www.MLB.tv to watch prerecorded videos between August 20, 2022 and February 5, 2024.

I declare, under penalty of perjury, pursuant to the laws of the United States of America, that the foregoing is true and correct.

Executed this 7th day of February 2025 in Chattanooga, Tennessee.

Lance Smith (Feb 7, 2025 16:59 EST)

*Lance Smith*