# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AARON GOLLAND; TIMOTHY PARKER; JOSE SANTIAGO; and LANCE SMITH, individually and on behalf of all others similarly situated, | Case No.   1:24-cv-6270-GHW-GWG |
| Plaintiff, | |
| v. | |
| MAJOR LEAGUE BASEBALL ADVANCED MEDIA, L.P., | |
| Defendant. | |

**DECLARATION OF ELLIOT O. JACKSON IN SUPPORT OF PLAINTIFFS'**
**MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO STRIKE AND**
**DISMISS**

I, Elliot O. Jackson, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746 and based on my own personal knowledge, that the following statements are true:

1.      I am a member in good standing of the Florida and New York State Bars and of this Court.  I make this Declaration in support of Plaintiffs' Memorandum in Opposition to Defendant's Motion to Strike and Dismiss.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of the www.MLB.tv subscription purchase flow as it appears when viewed on an Apple TV device that illustrates how the link to Defendant's Terms of Use is displayed at the bottom of the Television.  As shown, a consumer is permitted to purchase their subscription to Defendant's streaming service before they are even presented with any terms of use or a privacy policy.  Further, the language purporting to advise a consumer of the terms of use is neither hyperlinked, underlined, or otherwise provided for the consumer's reference.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of the sign-up page for Defendant's website as it appears when viewed on a mobile device that illustrates how the link

to Defendant's Terms of Use is not displayed at the bottom of the website. Other buttons, text, and action items are more prominently placed on this website and can discovered without scrolling.

4.       Any language that appears below the "Register" button is not reasonably conspicuous because a visitor to the site will need to scroll down the mobile webpage to reveal whether language exists as Defendant's website allows the URL field to block that space.

5.       Once a consumer scrolls the page, the language below the "Register" button is revealed in a font much smaller than the main font on the rest of the website, is not bolded or underlined, and does not indicate a link is present. That scrolling also causes the MLB logo to no longer appear at the top of the mobile webpage. A true and correct copy is attached as **Exhibit 3**.

6.       Attached hereto as **Exhibit 4** is the sign-up page from www.MLB.com as it appeared in 2008 from the Internet Archive known as the "Wayback Machine." The sign-up does not provide consumers with actual or inquiry notice of the terms of use, nor is there any indication that the terms of use then in effect contained a class action waiver.

I declare, under penalty of perjury, pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed this 7th day of February 2025 in Miami, Florida.

*/s/ Elliot O. Jackson*
Elliot O. Jackson

# EXHIBIT 1









# EXHIBIT 2



# EXHIBIT 3



# EXHIBIT 4

