# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AARON GOLLAND; TIMOTHY PARKER; JOSE SANTIAGO; and LANCE SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MAJOR LEAGUE BASEBALL ADVANCED MEDIA, L.P.,<br><br>Defendant. | Case No.   1:24-cv-6270-GHW-GWG |

**DECLARATION OF TIMOTHY PARKER IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

I, Timothy Parker, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746 and based on my own personal knowledge, that the following statements are true:

1. I am one of the named Plaintiffs in this action. I make this Declaration in support of Plaintiffs' Memorandum in Opposition to Defendant's Motion to Dismiss.

2. On March 28, 2024, I subscribed to www.MLB.tv from my mobile device. During that process, I was not presented with any terms of use or a privacy policy.

I declare, under penalty of perjury, pursuant to the laws of the United States of America, that the foregoing is true and correct.

Executed this 7th day of February 2025 in Bardstown, Kentucky.

*Timothy Parker*
*Timothy Parker*