# EXHIBIT B

| | |
|---|---|
| **From:** | MLB.com <info@mail.mlblists.com> |
| **Sent:** | Tuesday, February 6, 2024 4:24 PM |
| **To:** | Alan Littmann |
| **Subject:** | Updates to our Privacy Policy and Terms of Use Agreement |

 

February 06, 2024                                                                                                    View Online

We're writing to let you know about updates to our Privacy Policy and Terms of Use Agreement. Our updated terms can be reviewed at the links below, effective February 6, 2024.

**The changes include:**

> Migration of Minor League Baseball and Minor League Club digital properties to singular policies with Major League Baseball and MLB Club digital properties; and
>
> Updates to our dispute resolution policies, including, but not limited to, our arbitration procedures.

By continuing to use our services (including our websites and mobile applications) on or after February 6, 2024, you agree to our updated **Privacy Policy** and **Terms of Use Agreement**. If you have any questions, please contact us at **dataprivacy@mlb.com**.

*Note: This is a legal notice, not connected to any subscription you may have to receive marketing or promotional mailings from MLB, any MLB Club, MiLB or any MiLB Club.*

---

© 2024 MLB Advanced Media, L.P. MLB trademarks and copyrights are used with permission of Major League Baseball. Visit Visit MLB.com. Any other marks used herein are trademarks of their respective owners.

Please review our Privacy Policy.

You (alittmann@goldmanismail.com) received this service-related message in connection with your MLB.com account. E-mail is MLB.com's primary mode of communication for customer service communications and updates.

Please add info@mail.mlblists.com to your address book to ensure our messages reach your inbox. E-mail is MLB.com's primary communication for service-related communications and updates.

Postal Address: MLB.com, c/o MLB Advanced Media, L.P., 1271 Avenue of the Americas, New York, NY 10020.