# EXHIBIT C



### The bold team projections many won't see coming

The biggest surprise within the newly released PECOTA projections may be a jump all the way up the standings for one of 2023's last-place clubs. Here are five other eyebrow-raising predictions for '24.

### Jose Altuve on contract extension

Jose Altuve discusses why Houston is his home and his focus for the future after signing a five-year contract extension with the Astros

### MLB Play

  

**Latest News**

- 6-time All-Star slugger may be in Mets' sights
- Brewers bulk up at backstop with Sánchez deal (report)
- MLB's most famous duo (you know who) gets a snow sculpture
- Window closing? These 6 teams face high stakes in '24
- Twins reach one-year deals with Carlos Santana, Jay Jackson
- 'Houston is my home': Altuve, Astros cement lifelong partnership
- Netflix film crew will follow Red Sox in '24
- These women broke barriers in baseball
- Top 100 Players Right Now: Nos. 81-100 revealed

**Black History Month**

- Satchel Paige's legendary talent hard to fathom
- The tragic story of a forgotten Negro Leagues phenom
- The 37 Negro Leagues legends in the HOF