

Andrew Rima
312.881.5943
arima@goldmanismail.com

**VIA ECF**

February 28, 2025

Hon. Gabriel W. Gorenstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Golland et al. v. Major League Baseball Advanced Media, L.P.*, No. 1:24-cv-06270-GHW-GWG

Dear Judge Gorenstein:

    Pursuant to the Court's Individual Practices, I write on behalf of Defendant MLB Advanced Media, L.P. ("MLBAM") to advise the Court that MLBAM's Motion to Strike and Dismiss Plaintiffs' Complaint Pursuant to Federal Rules of Civil Procedure 12(f), 12(b)(6), and 12(b)(1) has now been fully briefed. (ECF Nos. 35, 36, 38, and 39.)

Sincerely,

Andrew Rima

Cc: Counsel of Record (via ECF)

**Chicago** 200 South Wacker, 22nd Floor, Chicago, IL 60606
**Dallas** 7557 Rambler Road, Suite 1450, Dallas, TX 75231
**Santa Monica** 100 Wilshire Boulevard, Suite 1760, Santa Monica, CA 90401                                    goldmanismail.com