UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

BRYAN HENRY,

                            : 

                Plaintiff,

                            :            <u>ORDER</u>

           -against-                 24 Civ. 1446 (GHW) (GWG)

                            : 

MAJOR LEAGUE BASEBALL
ADVANCED MEDIA, L.P.,          : 

                Defendant.    :
------------------------------------------------------X

AARON GOLLAND et al.,        :

                Plaintiffs,     :

        -v.-                    : 

                               24 Civ. 6270 (GHW) (GWG)

MAJOR LEAGUE BASEBALL   :
ADVANCED MEDIA, L.P.,

                            : 

                Defendant.    
------------------------------------------------------X

ERIC WONG et al.,             : 

                Plaintiffs,     :

        -v.-                    : 

                             25 Civ. 777 (GHW) (GWG)

MLB ADVANCED MEDIA, L.P.,   :

                Defendant.    :
------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      The defendant in the above cases has leave to file a response to plaintiffs' letters on the <u>Solomon</u> case on or before May 30, 2025.

      SO ORDERED.

Dated: May 22, 2025
      New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge