IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AARON GOLLAND, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MAJOR LEAGUE BASEBALL ADVANCED MEDIA, L.P.,<br><br>Defendant. | Case No. 1:24-cv-06270-GHW-GWG |

**MOTION OF ALICE PREMINGER TO WITHDRAW AS
COUNSEL OF RECORD FOR DEFENDANT MLB ADVANCED MEDIA L.P.**

Pursuant to Rule 1.4 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, and for the reasons set forth below, Defendant MLB Advanced Media, L.P. respectfully moves this court to withdraw the appearance of Alice Preminger, of Goldman Ismail Tomaselli Brennan & Baum LLP, as counsel for Defendant. The basis for the withdrawal is that as of September 12, 2025, Ms. Preminger will no longer be employed at Goldman Ismail Tomaselli Brennan & Baum LLP. Defendant consents to this request and other counsel of record of Goldman Ismail Tomaselli Brennan & Baum LLP will continue to represent Defendant. The requested withdrawal will not prevent Defendant from meeting existing deadlines or proceeding in this case.

WHEREFORE, Defendant MLB Advanced Media, L.P. respectfully requests that the Court grant its Motion, withdrawing the appearance of Alice Preminger as counsel for Defendant.

Date: September 11, 2025         Respectfully submitted,

                                 By: *S/ Alan E. Littmann*
                                 Alan E. Littmann (*pro hac vice*)

1

Andrew Rima (*pro hac vice*)
Logan A. Steiner (*pro hac vice*)
Samuel E. Schoenburg (*pro hac vice*)
Emily Morgan (*pro hac vice*)
Alice Preminger (*pro hac vice*)
Oren Kriegel (*pro hac vice*)
GOLDMAN ISMAIL TOMASELLI
  BRENNAN & BAUM LLP
200 S. Wacker Drive, 22nd Floor
Chicago, IL 60606
Telephone: (312) 681-6000
Facsimile: (312) 881-5191
Email: alittmann@goldmanismail.com
Email: arima@goldmanismail.com
Email: lsteiner@goldmainsmail.com
Email: sschoenburg@goldmanismail.com
Email: emorgan@goldmanismail.com
Email: apreminger@goldmanismail.com
Email: okriegel@goldmanismail.com

*Counsel for Defendant MLB Advanced Media, L.P.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on September 11, 2025. The undersigned further certifies that the undersigned's client, MLB Advanced Media, L.P., has been served with a copy of this document via e-mail on September 11, 2025.

*S/ Alan E. Littmann*
Alan E. Littmann