IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AARON GOLLAND, et al., individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>MAJOR LEAGUE BASEBALL ADVANCED MEDIA, L.P.,<br><br>        Defendant. | Case No. 1:24-cv-06270-GHW-GWG<br><br>MEMORANDUM ENDORSED |

## MOTION OF ALICE PREMINGER TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT MLB ADVANCED MEDIA L.P.

  Pursuant to Rule 1.4 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, and for the reasons set forth below, Defendant MLB Advanced Media, L.P. respectfully moves this court to withdraw the appearance of Alice Preminger, of Goldman Ismail Tomaselli Brennan & Baum LLP, as counsel for Defendant. The basis for the withdrawal is that as of September 12, 2025, Ms. Preminger will no longer be employed at Goldman Ismail Tomaselli Brennan & Baum LLP. Defendant consents to this request and other counsel of record of Goldman Ismail Tomaselli Brennan & Baum LLP will continue to represent Defendant. The requested withdrawal will not prevent Defendant from meeting existing deadlines or proceeding in this case.

  WHEREFORE, Defendant MLB Advanced Media, L.P. respectfully requests that the Court grant its Motion, withdrawing the appearance of Alice Preminger as counsel for Defendant.

Date: September 11, 2025        Respectfully submitted,

                 By: *S/ Alan E. Littmann*
                 Alan E. Littmann (*pro hac vice*)

1

        Andrew Rima (*pro hac vice*)
        Logan A. Steiner (*pro hac vice*)
        Samuel E. Schoenburg (*pro hac vice*)
        Emily Morgan (*pro hac vice*)
        Alice Preminger (*pro hac vice*)
        Oren Kriegel (*pro hac vice*)
        GOLDMAN ISMAIL TOMASELLI
         BRENNAN & BAUM LLP
        200 S. Wacker Drive, 22nd Floor
        Chicago, IL 60606
        Telephone: (312) 681-6000
        Facsimile: (312) 881-5191
        Email: alittmann@goldmanismail.com
        Email: arima@goldmanismail.com
        Email: lsteiner@goldmainsmail.com
        Email: sschoenburg@goldmanismail.com
        Email: emorgan@goldmanismail.com
        Email: apreminger@goldmanismail.com
        Email: okriegel@goldmanismail.com

        *Counsel for Defendant MLB Advanced Media, L.P.*

Application to withdraw granted.

So Ordered.

      */s/ Gabriel W. Gorenstein*
_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
September 12, 2025