# HEDIN LLP

1395 Brickell Avenue, Suite 610  
Miami, Florida 33131-3353  
www.hedinllp.com

Elliot O. Jackson  
(305) 357-2107  
ejackson@hedinllp.com

Hon. Gabriel W. Gorenstein  
United States Magistrate Judge  
Southern District of New York  
Thurgood Marshall  
United States Courthouse  
40 Foley Square  
New York, NY 10007

MEMORANDUM ENDORSED

**Re:** *Golland et al. v. Major League Baseball Advanced Media, L.P.*, **No. 1:24-cv-06270-GHW-GWG**

Dear Judge Gorenstein:

Pursuant to Local Civil Rule 1.4(b), the undersigned attorney, Elliot O. Jackson, respectfully moves for an Order granting him leave to withdraw as counsel for Plaintiffs Aaron Golland, Timothy Parker, Jose Santiago, and Lance Parker. This withdrawal is based on Mr. Jackson's having accepted a U.S. Court of Appeals clerkship. Mr. Jackson is not asserting a charging or retaining lien in this action because Mr. Frank S. Hedin of Hedin LLP will continue to represent the Plaintiffs (*pro hac vice* materials to be filed shortly) alongside Mr. Adrian Gucovschi of Gucovschi Law Firm PLLC. Mr. Jackson's withdrawal will not affect the deadlines in this case.

Dated: December 31, 2025

Respectfully Submitted,

**HEDIN LLP**

Elliot O. Jackson  
NY Attorney Reg. No. 6076798  
Email: ejackson@hedinllp.com  
1395 Brickell Ave., Suite 610  
Miami, Florida 33131-3302  
Telephone:     (305) 357-2107

*Counsel for Plaintiffs and the Putative Class*

---

The application by Elliot O. Jackson to withdraw is granted.  The application to substitute Frank S. Hedin is denied.  Mr. Hedin is free to file a Notice of Appearance at any time.

So Ordered.

GABRIEL W. GORENSTEIN  
United States Magistrate Judge  
January 5, 2026