

140 BROADWAY, FL 46
NEW YORK, NY 10005
WWW.GR-FIRM.COM

ADRIAN GUCOVSCHI, ESQ.
TEL: (212) 884-4230
EMAIL: ADRIAN@GR-FIRM.COM

January 7, 2026

Hon. Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:   Request for Extension of Plaintiffs' Deadline to Object to Report & Recommendation — _Golland et al. v. Major League Baseball Adv. Media, L.P._, No. 24-cv-06270- GHW-GWG**

Dear Judge Gorenstein:

  Pursuant to Rule 1.E of the. Court's Individual Practices, Plaintiffs Aaron Golland, Timothy Parker, Jose Santiago, and Lance Smith (collectively, "Plaintiffs") respectfully request an extension to the deadline to object to the Court's Report and Recommendation, which is currently due on Tuesday, January 6, 2026. (ECF No. 57)

  On December 31, 2025, Elliot Jackson, lead attorney for Plaintiffs, filed a Letter Motion to Substitute Attorney. (ECF No. 59) The Court granted that Letter Motion in part, allowing Mr. Jackson to withdraw as lead attorney for the Plaintiffs. (ECF No. 60) Plaintiffs' counsel moving forward will be Mr. Frank S. Hedin of Hedin LLP, who will file a Notice of Appearance shortly, and Mr. Adrian Gucovschi of Gucovschi Law Firm PLLC. Accordingly, Plaintiffs' counsel will require additional time to prepare and file an Objection to the Report & Recommendation.

  Based on the foregoing, Plaintiffs respectfully request a 10-day extension of the deadline to file an objection to the Court's Report & Recommendation. This is the first request for an extension of that deadline. The proposed new deadline is **Friday, January 16, 2026**. In addition, Plaintiffs respectfully note that this extension should not affect any other scheduled deadlines.

  Plaintiffs submit that they communicated with Defendant's counsel regarding this request two days before this filing, and that Defendant takes no position on the proposed extension. The extension is being filed one day past the January 6 deadline due to an inadvertent clerical error.

              Respectfully Submitted,

              /s/ Adrian Gucovschi, Esq.
              Adrian Gucovschi
              Gucovschi Law Firm, PLLC
              140 Broadway, Ste FL. 46
              New York, NY 10005

Tel: 212-884-4230
Email: adrian@gucovschilaw.com

Frank S. Hedin*
**HEDIN LLP**
1395 Brickell Ave., Suite 610
Miami, FL 33131-3302
Tel:
Facsimile:
Email: fhedin@hedinllp.com

*Pro Hac Vice forthcoming*

*Counsel for Plaintiffs and the Putative Class*

Cc: Counsel of Record via CM/ECF

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system (CM/ECF) to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/   Adrian Gucovschi
Adrian Gucovschi